KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00148 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| CATHERINE NICOLE ZAPATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S SENTENCING STATEMENT

The United States of America has received and reviewed the proposed

Presentence Report. The Government has no amendments or modifications to note

thereto, and it presently has no other factual information relevant to those areas addressed in the proposed Presentence Report.

DATED: March 9, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By /s/ Michael Nammar
MICHAEL NAMMAR
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Thomas Otake, Esq.
thomas@otakelaw.com

Attorney for Defendant
CATHERINE NICOLE ZAPATA

Served by Hand-Delivery:

**U.S. PROBATION OFFICE**
Attn: KEVIN TERUYA
300 Ala Moana Boulevard, Room 2-300
Honolulu, Hawaii 96850

DATED: March 9, 2020, at Honolulu, Hawaii.

/s/ Dawn Aihara
U.S. Attorney's Office
District of Hawaii