```
THOMAS M. OTAKE       7622
ATTORNEY AT LAW
841 BISHOP STREET SUITE 2201
Honolulu, Hawaii 96813
Telephone: (808) 523-3325
E-mail:  thomas@otakelaw.com

Attorney for Defendant
CATHERINE NICOLE ZAPATA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>CATHERINE NICOLE ZAPATA,<br><br>            Defendant. | CR. 19-00148 JMS<br><br>DEFENDANT CATHERINE NICOLE ZAPATA'S OBJECTIONS TO PROPOSED PRESENTENCE INVESTIGATION REPORT; CERTIFICATE OF SERVICE<br><br>Judge:  HONORABLE J.<br>        MICHAEL SEABRIGHT |

DEFENDANT ZAPATA'S OBJECTIONS TO
PROPOSED PRESENTENCE INVESTIGATION REPORT

Defendant ZAPATA, by and through her attorney, Thomas M. Otake, states that she has no objections to the proposed Draft Presentence Investigation Report filed on March 2, 2020, by United States Probation Officer KEVIN TERUYA.

DATED:  Honolulu, Hawaii, June 9, 2020.

/s/ THOMAS M. OTAKE
THOMAS M. OTAKE
Attorney for Defendant
CATHERINE NICOLE
ZAPATA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 19-00148 JMS |
| v. | |
| CATHERINE NICOLE ZAPATA, | CERTIFICATE OF SERVICE |
| Defendant. | |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the methods of service noted below, I caused a true and correct copy of the foregoing document on the following:

```
AUSA Michael Nammar                        CM/ECF
Attorney for the Government
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii 96850

KEVIN TERUYA                               Hand Delivery
United States Probation Officer
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850
```

      DATED:  Honolulu, Hawaii, June 9, 2020.

                              /S/ THOMAS M. OTAKE

                              THOMAS M. OTAKE
                              Attorney for Defendant